ER Curiam
 

 Haywood, Justice, only present.
 

 Upon the plea of
 
 plena
 
 admmistravit, the defendant begins by shewing an administration of something, which if he does, then the plaintiff must prove by the inventory or otherwise, assets to a greater amount than is proven to be administered ; and this is evident if
 
 we
 
 will but consider the pleadings. The defendant says be fully administered, or hath fully administered all except so much. The plaintiff replies he has assets enough to satisfy his demand, or assets enough besides these coníe-ned, &c. and upon this, issue is joined ; the affirmative comes from the plaintiff in his replication, and the joining of issue is upon that; in the nature of things it cannot be otherwise ; far suppose it incumbent on the defendant to prove a full adEiinistration, and he proves one of twenty shillings, when in fact the estate is worth ten thousand pounds, will not this drive the plaintiff to give evidence, charging him with further assets.
 
 Vide
 
 Lill. ent. 475, 2 Bl. rep. 1105, Salk.
 
 *15
 
 206, 1 Mo. Ent. 450, Comb. 342, Godol. 175, Cro. Rep. part
 
 6.
 
 case 171, Godol. 176.